# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Carter,<br><br>    Plaintiff,<br><br>v.<br><br>IC Systems Incorporated, et al.,<br><br>    Defendants. | No. CV-20-00930-PHX-JJT<br><br>**ORDER** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order filed August 9, 2021, judgment of dismissal is entered. Plaintiff to take nothing and this action is hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

August 9, 2021

s/ L. Figueroa
By:  Deputy Clerk